JUNE TERM, 1913. 367

*56 Vroom.*    Blanz v. Erie R. R. Co.    Bunce v. Penna. R. R. Co.

LENNIA BLANZ, RESPONDENT, v. ERIE RAILROAD COMPANY, APPELLANT.

Submitted July 7, 1913—Decided October 17, 1913.

On appeal from the Supreme Court, whose opinion is reported in 55 *Vroom* 35.

For the respondent, *John A. Bernhard.*

For the appellant, *Collins & Corbin.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons stated in the opinion filed in the Supreme Court by Mr. Justice Swayze.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, TRENCHARD, PARKER, BERGEN, CONGDON, WHITE, TERHUNE, HEPPENHEIMER, JJ. 9.

*For reversal*—None.